STEPHEN S. LEAKE, Respondent, *v.* WILLIAM HARTMAN, Appellant.

*Leake* v. *Hartman*, 137 App. Div. 451, affirmed.
(Argued May 29, 1911; decided June 13, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 9, 1910, which affirmed an order of the Monroe County Court granting a motion to strike the above-entitled action from the calendar for the trial of issues of fact with a jury and directing that the appeal herein on behalf of defendant appellant from a judgment of the Municipal Court of the city of Rochester in favor of the plaintiff respondent be heard and determined as an issue of law.

The following questions were certified:

"1. Is the appellant deprived of his constitutional right to a trial by jury if he is not permitted to have a new trial by a jury of twelve men in the County Court?

"2. Does section 31 of the Statutory Construction Law preserve to the appellant his right to a new trial in the County Court, notwithstanding the effect of chapter 754 of the Laws of 1907?"

*Charles L. Pierce* for appellant.

*John W. Barrett* for respondent.

Order affirmed, with costs, on opinion of KRUSE, J., below. Both questions certified answered in the negative.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.